UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-MC-60227-ROSENBAUM

UNITED STATES OF AMERICA,

    Petitioner,

v.

RONALD M. PRUPIS,

    Respondent.
_____/

## ORDER

This matter is before the Court upon a review of the record. A show-cause hearing on Respondent's failure to obey an IRS summons is currently set for April 1, 2013. D.E. 3. On February 12, 2013, Respondent filed a statement with the Court certifying his intention to comply with the IRS summons and advising that a show-cause hearing will no longer be necessary. D.E. 5. Upon consideration, it is **ORDERED and ADJUDGED** that if Respondent has complied with the summons to Petitioner's satisfaction, Petitioner shall notify the Court in writing so that the hearing may be canceled. Otherwise, the hearing shall proceed as scheduled.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 19th day of March 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record

-1-